IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| MANUEL ANTONIO BARRERA-BARRERA, | : : | |
| Petitioner | : : | CIV. NO. 23-2260 (RMB) |
| v. | : : | **MEMORANDUM OPINION** |
| WARDEN, FCI FORT DIX, | : : : | |
| Respondent | : : | |

**IT APPEARING THAT:**

1. On or about April 24, 2023, Petitioner Manuel Antonio Barrera-Barrera, a prisoner confined in the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Fort Dix"), filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, alleging the Bureau of Prisons ("BOP") unlawfully found him ineligible for application of First Step Act ("FSA") Time Credits because he is subject to an immigration detainer. (Dkt. No. 1.)

2. On July 6, 2023, Respondent submitted a letter brief in lieu of an answer, arguing that the habeas petition is moot because the BOP found Petitioner eligible for application of FSA Time Credits and applied 365 days credit toward his early transfer to supervised release, with a projected release date of October 7, 2027. (Dkt. No. 6 at 1; Declaration of Jonathan Kerr, Esq., Docket No. 6-1, Attach. 1.) Respondent contends the habeas petition is moot because the case no longer presents a live case or controversy.

3. "If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot." *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698–99 (3d Cir. 1996).

4. Petitioner has received the habeas relief he requested. Therefore, the petition is moot, and the Court will dismiss this matter. The Court need not reach Respondent's argument that Petitioner failed to exhaust administrative remedies.

An accompanying Order follows.

DATE: **July 31, 2023**

                                           s/Renée Marie Bumb
                                           RENÉE MARIE BUMB
                                           Chief United States District Judge